IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                          Criminal Action No. 06-00146-04-CR-W-GAF

v.

MARIA VEGA,

       Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Count One-defendants[1] Maria Dominguez, Ismael Gomez-Chaivez and Maria Vega conspired to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance. Count Three-defendants Vega and Dominguez conspired to conduct financial transactions affecting interstate commerce, that is, the transfer of funds which involved the proceeds of a specified unlawful activity that is the unlawful distribution of methamphetamine. Count Four– on March 29, 2006, defendants Vega and Dominguez knowingly conducted a financial transaction affecting interstate commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Michael Oliver
    Case Agent: Detective Gary Gibson
    Defense: James Brown

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 10 with stipulations; 15 without stipulations
    Defendants: 3-4 witnesses, including the defendant

---

[1] Defendant Ismael Gomez-Chaivez entered a guilty plea on August 14, 2006. Defendant Dominguez is scheduled to enter a plea of guilty on October 26, 2006. Defendant Magaly Gomez-Reyes entered a guilty plea on May 25, 2006, and thus, was not named as a defendant in the Superseding Indictment filed on June 28, 2006.

**TRIAL EXHIBITS**
    Government: 30 exhibits
    Defendant: less than10 exhibits

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:

    ( ) Definitely for trial;    (**X**) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME: 3 days**
    Government's case including jury selection: 2 ½ days
    Defense case: ½ day or less

**STIPULATIONS**: The parties will try to work out stipulations as to chain of custody and the chemist's report.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** October 25, 2006
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** None planned

**TRIAL SETTING**: Criminal jury trial docket commencing November 6, 2006.

**IT IS SO ORDERED.**

                                                                        _____/s/_____
                                                                        SARAH W. HAYS
                                                            United States Magistrate Judge